1  GREGORY C. HESLER, WSBA No. 34217
2  SHAMUS T. O'DOHERTY, WSBA No. 43082
   PAINE HAMBLEN LLP
3  717 West Sprague Avenue, Suite 1200
4  Spokane, Washington  99201-3505
   Telephone:  (509) 455-6000
5  Facsimile:  (509) 838-0007
6  greg.hesler@painehamblen.com
   shamus.odoherty@painehamblen.com
7
8  Attorneys for Plaintiff

9

10          THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
11

12                                    )
13  **LEISURE CONCEPTS, INC., a**      )   No.
    **Washington corporation,**        )
14                                     )   **COMPLAINT**
15                                     )
             **Plaintiff,**            )   **-and-**
16                                     )
17  **vs.**                            )   **DEMAND FOR JURY TRIAL**
                                       )
18  **SP INTERNATIONAL INC., a**       )
19  **Canadian corporation; and**      )
    **MASTERSPAS, INC., an Indiana**   )
20  **corporation,**                   )
                                       )
21           **Defendants.**           )
22  _____      )

23      Plaintiff, Leisure Concepts, Inc. ("Leisure"), by and through its undersigned

24
    counsel, for Complaint against Defendants SP International, Inc. ("SPI") and
25

26

27  COMPLAINT AND DEMAND FOR                        *PAINE HAMBLEN LLP*
    JURY TRIAL - PAGE 1                    717 WEST SPRAGUE AVENUE, SUITE 1200
28                                              SPOKANE, WASHINGTON 99201
                                                    PHONE (509) 455-6000

Masterspas, Inc. ("Masterspas") (jointly "Defendants"), states and alleges as follows:

## PARTIES

1.     Leisure is a for-profit corporation organized and existing under the laws of the State of Washington, having its principal place of business in Spokane, Washington.

2.     Upon information and belief, SPI is a for-profit corporation organized and existing under the laws of the Province of Quebec, Canada, having its principal place of business in Longueuil, Quebec.

3.     Upon information and belief, Masterspas is a for-profit corporation organized and existing under the laws of the State of Indiana, having its principal place of business in Fort Wayne, Indiana.

## JURISDICTION AND VENUE

4.     The claims alleged herein arise under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.* and The Lanham Act, 15 U.S.C. § 1051, *et. seq*.

5.     The Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331 and 1338.

COMPLAINT AND DEMAND FOR
JURY TRIAL - PAGE 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201
PHONE (509) 455-6000

6. This Court has personal jurisdiction over SPI because SPI is not a resident of the United States but has sold infringing goods into the United States. An action may be brought against SPI in any judicial district.

7. This Court has personal jurisdiction over Masterspas because Masterspas transacts business within the State of Washington and within the Eastern District of Washington, where it has committed one or more of the acts complained of herein.

8. Venue is proper under 28 U.S.C. § 1391 or 1400(b) because Masterspas is deemed to reside within the Eastern District of Washington.

## FACTUAL BACKGROUND

9. Leisure designs, develops, and manufactures products for use in the spa industry, including spa cover lifters such as the CoverMate I, CoverMate I ECO, CoverMate II, CoverMate III, CoverMate III ECO, CoverMate Easy, and the CoverMate Freestyle.

10. Leisure is the owner by assignment of United States Patent No. 5,966,137 ("the '137 Patent") issued on December 7, 1999 and entitled "SPA COVER LIFT FRAME," and has the unencumbered right to enforce the '137 Patent, including the right to injunctive relief, and to sue for and collect past

COMPLAINT AND DEMAND FOR
JURY TRIAL - PAGE 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201
PHONE (509) 455-6000

damages for infringement.  A copy of the '137 Patent is attached hereto as Exhibit A.

11.     SPI manufactures and markets a number of spa accessory products, including a bracketed spa cover lifter called the Paralift LX (the "Accused Product"), which embodies the inventions of, and is covered by one or more of the claims of, the '137 Patent.

12.     SPI operates and maintains a website at www.spinternational.ca where SPI's products, including the Accused Product, are marketed throughout the United States.

13.     SPI imports and sells the Accused Product to distributors in the United States, including Masterspas.

14.     SPI has engaged, and continues to engage, in the manufacture, use, importation, distribution, sale, and offer for sale of the Accused Product, which embodies the inventions of, and is covered by one or more claims of, the '137 Patent, throughout the United States.

15.     The Accused Product is packaged in a container confusingly similar in size, color, and shape to that of Leisure's Covermate I product packaging. Photographs of the Accused Product's container and the Covermate I container are attached hereto as Exhibit B.

COMPLAINT AND DEMAND FOR
JURY TRIAL - PAGE 4

1
2
3
4
5

16.    Masterspas has engaged, and continues to engage in, the use, distribution, sale, and offer for sale of the Accused Product, which embodies the inventions of, and is covered by one or more claims of, the '137 Patent, in this judicial district and throughout the United States.

6
7
8
9

17.    Masterspas operates and maintains a website at www.masterspas.com where products, including the Accused Product, are marketed throughout the United States.

10
11
12
13
14
15
16
17
18
19

18.    On January 27, 2014, Masterspas sold the Paralift LX, product number 43648-02553, to a local spa shop in Spokane, Washington, named Quality Spas, which is located at 9103 North Division, Spokane, Washington 99218.  The product had been manufactured and imported by SPI, distributed and sold by Masterspas, and includes both entities' labeling on its packaging.  A photograph of the Paralift LX packaging is attached hereto as Exhibit C.  A copy of the January 27, 2014 invoice is attached hereto as Exhibit D.

20
21
22
23

19.    Upon information and belief, the Accused Product has been and continues to be distributed, advertised, used, sold, and offered for sale by the Defendants in this judicial district and throughout the United States.

24
25
26

20.    Commencing near the issue date of the '137 Patent, Leisure's CoverMate I product packaging includes an easily observable reference indicating

27
28

COMPLAINT AND DEMAND FOR
JURY TRIAL - PAGE 5

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201
PHONE (509) 455-6000

the product is protected and licensed under US Patent No. 5,996,137, thus providing Defendants notice of the '137 Patent.  A photograph of the CoverMate I product packaging is attached hereto as Exhibit E.

21.    Notwithstanding notice of the '137 Patent, Defendants continue the manufacturing, importation, use, distribution, sale, and offer for sale of the Accused Product ,which embodies the inventions of, and is covered by one or more claims of, the '137 Patent in this judicial district and throughout the United States.

22.    Defendants' importation, use, distribution, sale, and offering for sale of the Accused Product in the United States is willful and done with notice and knowledge that the Accused Product infringes one or more claims of the '137 Patent.

**COUNT ONE - INFRINGEMENT OF U.S. PATENT NO. 5,966,137**

23.    The previous paragraphs of this Complaint are incorporated by reference as if fully set forth herein.

24.    Defendants have infringed, induced infringement of, and/or contributorily infringed and continue to infringe, induce infringement of, and/or contributorily infringe one or more claims of the '137 Patent by, among other things, importing, using, selling, or offering to sell in the United States, including

COMPLAINT AND DEMAND FOR
JURY TRIAL - PAGE 6

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201
PHONE (509) 455-6000

1
2
3

in this judicial district, the Accused Product which embodies the inventions of, and is covered by one or more claims of, the '137 Patent.

4
5
6
7

25.    Each of Defendants' acts of infringement has been willful and deliberate, having been done with notice and knowledge of the '137 Patent but without license.

8
9
10
11

26.    Defendants have derived, received, and will continue to derive and receive from its acts of infringement: gains, profits, and advantages, in amounts presently unknown to Leisure.

12
13
14
15
16
17

27.    Leisure has been damaged by the infringing acts of Defendants, and is entitled to recover damages from Defendants in an amount adequate to compensate Leisure for the infringement that has occurred, but in no event less than a reasonable royalty for the use made by Defendants of the inventions, plus attorney fees pursuant to 35 U.S.C. §285, interest and costs.

18
19
20
21
22
23
24

28.    By reason of the forgoing infringing conduct of Defendants, Leisure has and will continue to suffer irreparable harm and damage, which damage will be difficult to ascertain, leaving Leisure with no adequate remedy at law, and thereby entitling Leisure to injunctive relief enjoining Defendants from further infringing the '137 Patent.

25
26
27
28

COMPLAINT AND DEMAND FOR
JURY TRIAL - PAGE 7

1

2

3

4

## COUNT TWO - TRADE DRESS INFRINGEMENT

29.    The previous paragraphs of this Complaint are incorporated by reference as if fully set forth herein.

5

6

7

8

9

30.    Leisure's CoverMate I product container has been used in commerce for more than twelve years without modification to its shape or size.  The product container has been used in commerce for more than five years without modification to its color.

10

11

12

13

31.    For more than twelve years, and currently, CoverMate I has been distributed by multiple distributors, including Masterspas, throughout the United States and abroad.

14

15

16

17

32.    Leisure's CoverMate I product container includes a unique shape, a unique size, and unique colors all of which are recognizable to consumers and are non-functional.

18

19

20

21

22

23

24

33.    The Accused Product, which Defendants sell in commerce throughout the United States, and in this judicial district, is packaged in a container which causes confusion, mistake, or deceives as to an affiliation, connection, or association with Leisure as to the origin, sponsorship, or approval of the Accused Product in violation of 15 U.S.C. § 1125(a).  See, Exhibit B.

25

26

27

28

COMPLAINT AND DEMAND FOR
JURY TRIAL - PAGE 8

34.    The Defendants' continued use of the Accused Product's confusingly similar container constitutes trade dress infringement.

35.    Each of Defendants' acts of trade dress infringement has been willful and deliberate, having been done with actual knowledge of the CoverMate I product container.

36.    Defendants have derived, received, and will continue to derive and receive from its acts of trade dress infringement: gains, profits, and advantages, in amounts presently unknown to Leisure.

37.    Defendants' acts of trade dress infringement damages the commercial interest of Leisure in both reputation and sales as such infringement directly correlates an inferior product, the Accused Product, with Leisure.

38.    Leisure has been damaged by the infringing acts of Defendants, and is entitled to recover damages from Defendants in an amount adequate to compensate Leisure for the trade dress infringement that has occurred, plus attorney fees, interest, and costs pursuant to 15 U.S.C. §117.

39.    By reason of the foregoing infringing conduct of Defendants, Leisure will suffer irreparable harm and damage, which damage will be difficult to ascertain, leaving Leisure with no adequate remedy at law, and thereby entitling

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201
PHONE (509) 455-6000

Leisure to injunctive relief enjoining Defendants from further use of the infringing container pursuant to 15 U.S.C. §116.

## PRAYER FOR RELIEF

WHEREFORE, Leisure seeks judgment in its favor, including, without limitation, the following relief:

a.    An adjudication that Defendants have infringed one or more claims of the '137 Patent in violation of 35 U.S.C. § 271;

b.    An order enjoining Defendants, their agents, officers, assigns, and others acting in concert with Defendants, from infringing the '137 Patent in violation of 35 U.S.C. § 271;

c.    An adjudication that Defendants have infringed Leisure's trade dress in violation of 15 U.S.C. § 1125(a);

d.    An order enjoining Defendants, their agents, officers, assigns, and others acting in concert with Defendants, from infringing Leisure's trade dress in violation of 15 U.S.C. § 1125(a);

e.    Actual damages, the amount of which shall be proven at trial;

f.    An award or order finding this case to be exceptional;

g.    Statutorily increased treble damages;

h.    An award or order for an accounting of damages;

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201
PHONE (509) 455-6000

i.      An order that Defendants deliver to Leisure, for destruction at Leisure's option, any and all products that infringe the '137 Patent and/or that infringe Leisure's trade dress;

j.      Attorney fees, costs and expenses as permitted by law; and

k.      Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Leisure requests a trial by jury of any and all issues on which a trial by jury is available under applicable law.

DATED this **24ᵗʰ** day of April, 2014.

PAINE HAMBLEN LLP


By:___*/s/ Gregory C. Hesler*_____
        Gregory C. Hesler, WSBA #34217
        Shamus T. O'Doherty, WSBA #43082
        717 West Sprague Avenue, Suite 1200
        Spokane, Washington  99201-3505
        Telephone:  (509) 455-6000
        Facsimile: (509) 838-0007
        greg.hesler@painehamblen.com
        shamus.odoherty@painehamblen.com
        Attorneys for Plaintiff

I:\Spodocs\38388\00032\PLEAD\01280286.DOC

COMPLAINT AND DEMAND FOR
JURY TRIAL - PAGE 11

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201
PHONE (509) 455-6000



US005996137A

# United States Patent [19]

## Genova

[11] **Patent Number:** **5,996,137**

[45] **Date of Patent:** Dec. 7, 1999

[54] **SPA COVER LIFT FRAME**

[75] Inventor: **Michael C. Genova**, Spokane, Wash.

[73] Assignee: **Leisure Concepts, Inc.**, Spokane, Wash.

[21] Appl. No.: **09/173,132**

[22] Filed: **Oct. 15, 1998**

[51] **Int. Cl.**[6] ........................................... E04H 4/06
[52] **U.S. Cl.** ................................................. **4/498**
[58] **Field of Search** .................................. 4/498

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 384,479 | 9/1997 | Ouelette | D34/36 |
| 4,991,238 | 2/1991 | Forrest | 4/498 |
| 5,048,153 | 9/1991 | Wall et al. | 16/223 |
| 5,131,102 | 7/1992 | Salley et al. | 4/498 |
| 5,517,703 | 5/1996 | Ouelette | 4/498 |
| 5,566,403 | 10/1996 | Black et al. | 4/498 |
| 5,584,081 | 12/1996 | Ouelette | 4/498 |
| 5,634,218 | 6/1997 | Ouelette | 4/498 |
| 5,644,803 | 7/1997 | Wilson | 4/500 |
| 5,689,841 | 11/1997 | Black et al. | 4/498 |
| 5,819,332 | 10/1998 | Perry | 4/498 |

*Primary Examiner*—Charles E. Phillips

*Attorney, Agent, or Firm*—Wells, St. John, Roberts, Gregory & Matkin, P.S.

[57] **ABSTRACT**

A spa cover lift frame is described for a spa cover which is formed of two halves and joined along a central hinge and rests against the top of a spa having upright left and right spa side walls and an end wall leading downwardly from the spa top. The preferred lift frame includes left and right mounting brackets configured to be mounted to the respective left and right spa side walls adjacent the end wall. Each of the left and right mounting brackets are preferably comprised of an elongated bracket flange configured to be mounted flush against a side wall of the spa with the second end adjacent the spa end wall. Pivots are situated on the mounting brackets, as are pivot stops. A "U" shaped reinforced carrier, including opposed substantially parallel support arm members and a cross member extending between the support arm members, is mounted to the brackets for pivotal motion about a lift axis. The left and right mounting brackets and the carrier are configured to be mounted on the spa side walls with the carrier pivotable on the lift axis between a down position wherein the cross member is positioned against the spa cover adjacent the hinge such that the spa cover may be folded over the cross member, and a raised position wherein the folded spa cover is supported on the cross member and is substantially upright and adjacent the spa end wall.

**24 Claims, 8 Drawing Sheets**



**EXHIBIT A**



13



14



15

Case 2:14-cv-00116-JLQ   Document 1   Filed 04/24/14



/6



/7

Case 2:14-cv-00116-JLQ    Document 1    Filed 04/24/14



18

Case 2:14-cv-00116-JLQ    Document 1    Filed 04/24/14





19





20

5,996,137

**1**

## SPA COVER LIFT FRAME

### TECHNICAL FIELD

The present invention relates to spa cover lifting frames.

### BACKGROUND OF THE INVENTION

Covers for spas or "hot tubs" are often used in cooler climates to minimize escape of heat from the spa or generally to provide a safe covering for the spa. A typical cover is formed of two thick rigid insulation sheets that are covered with fabric. The two sheets are typically hinged between two cover halves. In most covers, the hinge is formed by a seam in the fabric covering between the two halves. It is common practice to remove such covers by swinging one cover half onto the remaining cover half, then lifting both halves from the spa. This is a difficult task since the covers are heavy and cumbersome. The task is difficult even for two people.

Various attempts have been made to alleviate the problem of lifting covers from spas by providing lift apparatus that either mounts to the spa or to surrounding deck or other support surfaces. While the prior lift devices have been operational to a degree, the task of lifting and shifting the folded covers remains a substantial chore.

Many of the devices developed are relatively complicated and expensive for the consumer to purchase and use. Numerous available lift frames also tend to "rack" or twist under the weight of the spa cover when the cover is lifted from or lowered onto the spa top. Still others must include extra bracing structure in order to hold the lifted spa cover from falling back onto the spa or occupants. And yet others gain only minimal mechanical advantage for the user, who must therefor substantially bear the weight of the spa cover while shifting it off from and onto the spa.

It is an object of the present invention to provide an improved spa cover frame that is simple in construction, inexpensive, and easy to install and operate.

A further object is to provide such a cover lift frame that does not normally require extra bracing or support to hold a folded spa cover in a stored, inoperative position alongside a spa.

A still further object is to provide such a cover lift frame that will permit lifting and lowering of a spa cover by a single person from either side or from inside the spa.

A yet further object is to provide such a cover lift frame that requires minimal space at an end of a spa for movement of the cover to a lifted position.

The above and still further objects and advantages will become apparent from the following description.

### BRIEF DESCRIPTION OF THE DRAWINGS

Preferred embodiments of the invention are described below with reference to the following accompanying drawings.

FIG. 1 is a perspective view of a preferred form of the present cover lift frame in use on a spa to lift a spa cover;

FIG. 2 is a top plan view of a spa cover with the preferred lift frame positioned in relation thereto;

FIG. 3 is an enlarged side view of the preferred lift frame carrying a folded spa cover in a raised position adjacent a spa end;

FIG. 4 is an enlarged sectional view taken substantially along line 4—4 in FIG. 3;

FIG. 5 is an enlarged side elevation view of a preferred mounting bracket and with a fragmented part of a carrier mounted to the bracket;

**2**

FIG. 6 is a plan view substantially as viewed from above in FIG. 5;

FIG. 7 is an exploded perspective view illustrating a preferred assembly of the preferred mounting bracket and carrier, the carrier being shown fragmented; and

FIGS. 8–11 are a sequence of operational views illustrating the steps for lifting a spa cover from a spa covering position to a raised position.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

This disclosure of the invention is submitted in furtherance of the constitutional purposes of the U.S. Patent Laws "to promote the progress of science and useful arts" (Article 1, Section 8).

A preferred example of a spa lift frame incorporating features of the present invention is generally designated in the drawings by reference numeral **10**.

In order to gain an understanding of the structural elements of the frame **10**, a brief description of a spa **11** is in order. It is to be understood however that the spa and cover are not part of the claimed invention. However, a description of the related spa components is presented herein to lend life and meaning to the claimed invention.

The spa **11** may be of numerous commercial configurations which include at least two opposed walls that may be considered side walls **12**, and an end wall **13** between the side walls. The top and end walls terminate upwardly at a spa top **14**, which typically defines the top opening of the spa. The top **14** may be flush with the side and end walls or extend slightly outwardly of the spa walls as shown by dashed lines in FIG. 4.

Spa covers such as the rectangular cover shown at **16** in FIGS. 1 and 2 are designed to complement the spa shape and to rest on the spa top **14** to insulate and protect the water below. The cover **16** typically is provided in two halves **17**, **18** that are joined by a hinge **19** typically formed by a seam in a flexible covering of the cover halves.

The spa shown in the drawings is substantially rectangular with rounded corners. This is a popular spa configuration but other configurations are also in use. Hexagonal or octagonal spa configurations are known as well as nonsymmetrical polygonal configurations (for example partially truncated rectangular configurations), and other shapes some of which include two or more sides that are curved.

It is likely that the end wall **13** will be in opposition to another end wall, but for purposes of the present description the "end wall" **13** of concern is considered to be that wall of the spa **11** against which the cover **16** is to be stored. Either end may be selected for mounting and operation of the present lift frame **10**. It is fairly typical that the selected end wall **13** will be situated adjacent to a structural wall, a deck rail or other structural surface. The present lift frame **10** will permit positioning of the cover **16** in such a location with a minimum required clearance between the end wall and adjacent structural surface (usually between 9 and 15 inches).

Turning now to details of the presently preferred lift frame **10**, reference is first made generally to FIGS. 1 and 2. There it may be seen that the preferred lift frame **10** generally includes left and right mounting brackets **24**. The brackets **24** are configured to be mounted to respective left and right spa side walls **12** adjacent the selected spa end wall **13**.

A "U" shaped carrier **26** is provided, and is mounted to the brackets **24** for pivotal movement about a lift axis X (FIGS.

5,996,137

3

2, **6** and **7**) to carry the cover **16** (in a folded condition) between a position on the spa top (FIG. **2**), and the raised position (FIG. **3**) adjacent to the selected spa end wall **13**.

Referring now to more specific preferred features of the lift frame **10**, attention is drawn firstly to FIGS. **3**–**7** where details of the mounting brackets **24** are shown. The mounting brackets **24** are preferably formed by conventional means of appropriate metal such as steel. It is preferred that the brackets be mirror images of one another, and that the:y otherwise be substantially identical. Description of one mounting bracket will therefore suffice for description of the other.

Each mounting bracket includes at least one and preferably a pair of elongated bracket flanges **30** that extend along the mounting bracket between a first end **31** and a second end **32**. The bracket flanges **30** are configured to fit flush against a side wall **12** of the spa with the second end **32** adjacent the end wall **13**.

Mounting holes **33** (FIGS. **3** and **7**) are preferably formed through and along the bracket flanges **30** at least adjacent the first ends **31** thereof. The holes **33** receive fasteners **34** such as the screws exemplified in FIG. **4** for securing the mounting brackets to the spa side walls **12**.

Each of the mounting brackets **24** includes a pivot mounting flange **36** that is preferably integral with the associated bracket flanges **30**. The pivot mounting flange **36** is comprised of a flat portion of the mounting bracket that is spaced outwardly of the bracket flanges **30** by preferred integral offset flanges **35**. This is done to enable mounting of the carrier **26** without interference with the spa side walls, and to space the mounted parts of the carriers from the side walls by distances sufficient to enable mounting of the lift frame to spas having either flush tops **14** (solid lines, FIG. **4**) or tops that extend outwardly of the side walls (dashed lines, FIG. **4**).

In preferred forms, each mounting bracket **24** includes a pivot mount **37** provided on the pivot mounting flange **36** adjacent the second end **32** of the elongated bracket flanges **30**. In the examples shown, the pivot mounts **37** are situated forwardly of the bracket flange second ends **32**. This arrangement is preferred to allow positioning of the lift axis close to the plane of the spa end wall, regardless of bends (FIG. **2**) that may occur between the spa side walls and end wall.

In further preferred forms, the mounting brackets include web sections **41** on the mounting brackets adjacent to the pivot mounts and spaced toward the bracket flanges **30**. The web sections **41** may be welded or otherwise secured to the mounting brackets, outwardly of the bracket flanges **30**.

The pivot mounts **37** may be simply comprised of mounting holes formed through the pivot mounting flanges **36** and the web sections **41**. The holes are aligned to receive pivots, in the preferred form of conventional bolts **40**. The bolts are stabilized by the web sections **41** and pivot mounting flanges, and define the lift axis X for the carrier **26**.

In preferred forms of the present lift frame **10**, pivot stops **43** are provided on pivot stop mounts **38** between the carrier **26** and mounting brackets **24**. The preferred pivot stops **43** are positioned to engage and prevent pivotal movement of the carrier beyond the raised position in which the carrier is substantially upright.

As shown in FIGS. **4**–**7**, the preferred pivot stops **43** are welded to the mounting brackets **24** and are provided with a resilient covering material such as rubber. They are most preferably situated toward the first ends **31** of the bracket flanges **30** from the pivot mounts **37** and in the swing path of carrier parts that will be described below.

4

The carrier **26** in preferred forms includes opposed substantially parallel support arm members **60** and a cross member **61** extending between the support arm members **60**. The carrier **26** further includes end extensions **62** on the support arm members leading angularly from the support arm members **60**. The cross member **61** is provided to span the width dimension of the spa cover as shown in FIG. **2**, and the support arm members are provided with sufficient length from the lift axis to position the cross member just short of the hinge **19** (as also shown in FIG. **2**) when the carrier is swung downwardly to rest on the spa cover **16**.

The support arm members **60**, the cross member **61** and end extensions **62** may be formed of tubular metal such as aluminum. Further, the components of the carrier may be provided in several interfitting parts, or be integral (formed of a single tubular member). Soft rubber hand grips **59** may be provided, at the junctures of the cross member **61** and the support arm members **60** to ease lifting.

Bend sections **63** join the end extensions **62** and support arm members **60**. The bend sections **63** preferably orient the end extensions **62** at approximate right angles to the support arm members **60**. The bend sections **63** also offset the support arm members **60** with respect to the lift axis X, as shown in FIG. **1**.

The lift axis, defined by the pivot bolts **40** intersects the end extensions **62** between the bend sections **63** and end extension free ends **65**. Thus the bend sections **63** are on one side of the lift axis X, and the ends **65** are situated on an opposite side as may be seen in FIG. **5**. The free ends **65** are spaced from the lift axis X to engage the pivot stops when the carrier is in the raised position (FIG. **3**).

In preferred forms, the bend sections **63** are reinforced by internal tubular reinforcing members **64**. The reinforcing members **64** may be tubular like the bend sections **63**, and are preferably slid into position prior to forming the bend sections **63**. The bend sections **63** thereafter hold the reinforcing members **64** in position within the tubular carrier **26**. Thus positioned, the reinforcing members **64** brace the carrier **26** against racking when it is used to lift a spa cover **16**.

The reinforcing members **64** preferably extend into the support arms **60**, through the bend sections **63**, and into the end extensions **62** past the pivot bolts **40**. The end extensions **62** and reinforcing members **64** are appropriately drilled to receive the bolts **40**, as shown in FIG. **4**. The reinforcing members **64** thereby serve to reinforce the carrier at the pivot points and add rigidity to the support arms.

The preferred cover lift **10** is mounted to a spa in several relatively easy steps. Firstly the installer will position the spa cover **16** on the spa top **14**, making sure that all corners are properly aligned above complementary corners of the spa. Using the fasteners **34**, the left and right mounting brackets **24** are attached to the left and right side walls **12**, **13** of the spa. By positioning the brackets approximately eight inches down from the spa top **14**, approximately nine inches of clearance behind the spa (adjacent the end wall **13**) will be needed. Mounted in this position approximately 75% of the spa cover **16** will be standing above the spa top **14** in the raised position. This is the position illustrated in FIG. **3**.

If the mounting brackets **24** are positioned lower, say twelve inches down from the spa top **14**, approximately fifteen inches of clearance behind the spa will be needed. However with the brackets in this position, approximately 50% of the spa cover will be standing above the spa top **14** when the spa is in the raised position.

Regardless of the elevational position selected for the mounting brackets, it is preferred that the pivot mounts **37**



5,996,137

**5**

(mounting holes) be positioned approximately nine inches from the spa end wall **13**. This locates the lift axis at a preferred location to enable lifting of the spa cover **16** with maximum ease, and so the folded cover **16** and carrier **26** will be oriented substantially upright when in the raised position.

Once the mounting brackets are secured to the spa side walls, the carrier may be attached. This is done simply by first inserting the pivot bolts substantially as shown in FIG. **7** through the end extensions **62**, along with various spacers and washers supplied. If the carrier is provided in several sections, the sections are next secured together such that the support arms will extend along the sides of the cover, and the cross member **61** will span the cover just short of the hinge **19** (see FIGS. **2** and **8**).

Now the carrier **26** is ready for use.

To lift a cover **16**, the cover half furthest away from the lift axis is first folded over the cross member **61**. This step is shown in FIG. **9** and the folding motion is identified by a dashed line.

Now the user may simply grasp one of the hand grips **59** along side the spa as shown in FIG. **1** and lift upwardly. The spa cover will be lifted upwardly by the cross member **61** and will both pivot about and slide over the top of the spa at the end wall **13**. A portion of the cover weight will thus be borne by the spa top as the cover slides over the spa top at a point adjacent the end wall **13** (FIGS. **10** and **11**).

Finally, when the cover reaches the raised position, the end extensions **62** will come into abutment with the pivot stops **43** and the cover will not pivot further (FIG. **3**). The weight of the cover, acting against the carrier at the lift axis X, will hold the cover and carrier in the raised position until the user desires to lower the cover, at which time the above process is repeated in reverse.

It is noted that the geometry of the carrier in relation to the lift axis X is such that the weight of the cover is not completely borne by the user, and that the lifting and subsequent lowering steps may be performed with little effort. This may be attributed to the orientation of the mounting brackets **24**, and to the bend sections **63** which function to space the support arms **60** and cross member **61** toward the end wall **13** of the spa, between the lift axis X and the spa end wall when the carrier is in the raised position.

In compliance with the statute, the invention has been described in language more or less specific as to structural and methodical features. It is to be understood, however, that the invention is not limited to the specific features shown and described, since the means herein disclosed comprise preferred forms of putting the invention into effect. The invention is, therefore, claimed in any of its forms or modifications within the proper scope of the appended claims appropriately interpreted in accordance with the doctrine of equivalents.

I claim:

**1**. A spa cover lift frame for a spa cover which is formed of two halves joined along a central hinge and rests against the top of a spa having upright left and right spa side walls and an end wall leading downwardly from the spa top, said lift frame comprising:

    left and right mounting brackets configured to be mounted to respective left and right spa side walls adjacent the end wall;

    a "U" shaped carrier including opposed substantially parallel support arm members and a cross member extending between the support arm members;

    the carrier further including end extensions on the support arm members leading angularly from the support arm members;

**6**

    pivots joining the end extensions and the mounting brackets and enabling pivotal movement of the carrier about a lift axis;

    pivot stops positioned between the end extensions and mounting brackets to engage and prevent pivotal movement of the carrier beyond a position in which the support arm members are substantially upright; and

    wherein the left and right mounting brackets and the carrier are configured to be mounted on the spa with the carrier pivotable on the lift axis between a down position wherein the cross member is positioned against the spa cover adjacent the hinge such that the spa cover may be folded over the cross member, and a raised position wherein the folded spa cover is supported on the cross member and is substantially upright and adjacent to the spa end wall.

**2**. A spa cover lift frame as defined by claim **1** wherein the end extensions are oriented at substantially right angles to the support arm members.

**3**. A spa cover lift frame as defined by claim **1** wherein the lift axis intersects the end extensions.

**4**. A spa cover lift frame as defined by claim **1** wherein the end extensions are oriented at approximate right angles to the support arm members and wherein the lift axis intersects the end sections.

**5**. A spa cover lift frame as defined by claim **1** wherein the end extensions are integral with the support arm members and are joined with the support arm members at bend sections.

**6**. A spa cover lift frame as defined by claim **1** wherein the end extensions are integral with the support arm members and are joined with the support arm members at bend sections forming approximate right angles between the end extensions and the support arm members.

**7**. A spa cover lift frame as defined by claim **1** wherein the end extensions are integral with the support arm members and are joined with the support arm members at bend sections forming approximate right angles between the end extensions and the support arm members and wherein the lift axis intersects the end extensions on one side of the bend sections.

**8**. A spa cover lift frame as defined by claim **1** wherein the end extensions and support arm members are tubular, with internal bores and further comprising internal reinforcing members within the bores and extending into the support arm members and end extensions.

**9**. A spa cover lift frame as defined by claim **1** wherein each of the left and right mounting brackets are comprised of:

    a bracket flange configured to be secured to a side wall of the spa adjacent the end wall;

    a pivot mounting flange; and

    an offset flange joining the bracket flange and pivot mounting flange and spacing the pivot mounting flange from the bracket flange.

**10**. A spa cover lift frame as defined by claim **1** wherein each of the left and right mounting brackets are comprised of:

    a bracket flange configured to be secured to a side wall of the spa adjacent the end wall;

    a pivot mounting flange;

    a pivot mount on the pivot mounting flange, mounting one of the pivots;



5,996,137

**7**

an offset flange joining the bracket flange and pivot mounting flange and spacing the pivot mounting flange from the bracket flange; and

a pivot stop mount on the pivot mounting flange.

**11**. A spa cover lift frame as defined by claim **1** wherein each of the left and right mounting brackets are comprised of:

an elongated bracket flange including a first end and a second end the bracket flange being configured to fit flush against a side wall of the spa with the second end adjacent the end wall;

mounting holes formed through and along the bracket flange at least adjacent the first end thereof;

a pivot mounting flange;

a pivot mount on the pivot mounting flange adjacent the second end of the elongated bracket flange mounting one of the pivots;

an offset flange joining the bracket flange and pivot mounting flange and spacing the pivot mounting flange from the bracket flange.

**12**. A spa cover lift frame as defined by claim **1** wherein each of the left and right mounting brackets are comprised of:

an elongated bracket flange including a first end and a second end, the bracket flange being configured to fit flush against a side wall of the spa with the second end adjacent the end wall;

mounting holes formed through and along the bracket flange at least adjacent the first end thereof;

a pivot mounting flange;

a pivot mount on the pivot mounting flange adjacent the second end of the elongated bracket flange mounting one of the pivots;

an offset flange joining the bracket flange and pivot mounting flange and spacing the pivot mounting flange from the bracket flange; and

a pivot stop mount on the pivot mounting flange spaced toward the first end from the pivot mount.

**13**. A spa cover lift frame for a spa cover which is formed of two halves joined along a central hinge and rests against the top of a spa having upright left and right spa side walls and an end wall leading downwardly from the spa top, said lift frame comprising:

left and right mounting brackets configured to be mounted to respective left and right spa side walls adjacent the end wall;

each of the left and right mounting brackets being comprised of an elongated bracket flange including a first end and a second end; the bracket flange being configured to fit flush against a side wall of the spa with the second end adjacent the end wall; mounting holes formed through and along the bracket flange at least adjacent the first end thereof; a pivot mounting flange **36**; a pivot mount on the pivot mounting flange adjacent the second end of the elongated bracket flange; an offset flange **35** joining the bracket flange and pivot mounting flange and spacing the pivot mounting flange from the bracket flange;

a "U" shaped carrier including opposed substantially parallel support arm members and a cross member extending between the support arm members;

the carrier further including end extensions of the support arm members leading angularly from the support arm members

**8**

pivots joining the end extensions and the pivot mounts, enabling pivotal movement of the carrier about a lift axis; and

wherein the left and right mounting brackets and the carrier are configured to be mounted on the spa side walls with the carrier pivotable on the lift axis between a down position wherein the cross member is positioned against the spa cover adjacent the hinge such that the spa cover may be folded over the cross member, and a raised position wherein the folded spa cover is supported on the cross member and is substantially upright and adjacent to the spa end wall.

**14**. A spa cover lift frame as defined by claim **13**, further comprising:

pivot stops positioned between the carrier and mounting brackets to engage and prevent pivotal movement of the carrier beyond a position in which the support arm members are substantially upright.

**15**. A spa cover lift frame as defined by claim **13** further comprising:

pivot stops mounted on the mounting brackets and positioned toward the first ends from the pivot mounts to engage and prevent pivotal movement of the carrier beyond a position in which the support arm members are substantially upright.

**16**. A spa cover lift frame as defined by claim **13** wherein the pivots are comprised of bolts centered on the lift axis and pivotably joining the carrier and pivot mounts;

wherein the mounting brackets further include web sections on the mounting brackets adjacent to the pivot mounts and spaced toward the bracket flanges;

wherein the web sections receive the bolts; and

wherein the bolts span the web sections and pivot mounts and extend to engage the carrier.

**17**. A spa cover lift frame for a spa cover which is formed of two halves joined along a central hinge and rests against the top of a spa having upright left and right spa side walls and an end wall leading downwardly from the spa top, said lift frame comprising:

left and right mounting brackets configured to be mounted to respective left and right spa side walls adjacent the end wall;

a "U" shaped carrier including opposed substantially parallel support arm members and a cross member extending between the support arm members;

the carrier further including end extensions on the support arm members leading angularly from the support arm members;

pivots joining the end extensions and the mounting brackets and enabling pivotal movement of the carrier about a lift axis;

wherein the left and right mounting brackets and the carrier are configured to be mounted on the spa with the carrier pivotable on the lift axis between a down position wherein the cross member is positioned against the spa cover adjacent the hinge such that the spa cover may be folded over the cross member, and a raised position wherein the folded spa cover is supported on the cross member and is substantially upright and adjacent to the spa end wall.

**18**. A spa cover lift frame as defined by claim **17** wherein the end extensions are oriented at substantially right angles to the support arm members.

**19**. A spa cover lift frame as defined by claim **17** wherein the lift axis intersects the end extensions.

24

5,996,137

9

**20**. A spa cover lift frame as defined by claim **17** wherein the end extensions are oriented at approximate right angles to the support arm members and wherein the lift axis intersects the end sections.

**21**. A spa cover lift frame as defined by claim **17** wherein the end extensions are integral with the support arm members and are joined with the support arm members at bend sections.

**22**. A spa cover lift frame as defined by claim **17** wherein the end extensions are integral with the support arm members and are joined with the support arm members at bend sections forming approximate right angles between the end extensions and the support arm members.

10

**23**. A spa cover lift frame as defined by claim **17** wherein the end extensions are integral with the support arm members and are joined with the support arm members at bend sections forming approximate right angles between the end extensions and the support arm members and wherein the lift axis intersects the end extensions.

**24**. A spa cover lift frame as defined by claim **17** wherein the end extensions and support arm members are tubular, with internal bores and further comprising internal reinforcing members within the bores and extending into the support arm members and end extensions.

\* \* \* \* \*

25



26

EXHIBIT B



27

EXHIBIT C

# Invoice



**MASTER SPAS®**

Master Spas, Inc
6927 Lincoln Parkway
Fort Wayne, IN 46804
2604369100

Invoice Number: 0441021-IN
Invoice Date: 1/28/2014

Order Number: 0275209
Order Date 1/27/2014
Salesperson: 0000
Customer Number: 90-QUALSPA

Sold To:
Quality Spas
9103 N. Division
Spokane, WA 99218

Ship To:
Quality Spas
9103 N. Division
Spokane, WA 99218

Confirm To:
JEFF

| Customer P.O. | Ship VIA FEDEX GROUND | | F.O.B. | Terms Pre-Paid | | |
|---|---|---|---|---|---|---|
| **Item Number** | **Unit** | **Ordered** | **Shipped** | **Back Ordered** | **Price** | **Amount** |
| X619203 PARALIFT | EA | 1.00 | 1.00 | 0.00 | 98.00 | 98.00 |

CC ON FAXED ORDER

| | |
|---|---|
| Net Invoice: | 98.00 |
| Less Discount: | 0.00 |
| Freight: | 14.61 |
| Sales Tax: | 0.00 |
| Invoice Total USD: | 112.61 |

*28*

**EXHIBIT D**



Made in the USA

Protected and licensed under US patent numbers:
CoverMate 1 US 5,996,137;
CoverMate Freestyle US 6,842,917 BI

29

EXHIBIT E