UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEISURE CONCEPTS, INC., a Washington corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>SP INTERNATIONAL, INC., a Canadian corporation; and MASTERSPAS, INC., an Indiana corporation,<br><br>            Defendant. | NO. 2:14-cv-00116-SAB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

     Plaintiff filed a Rule 41(a)(1) Notice of Voluntary Dismissal, Without Prejudice, ECF No. 10. No answers have been filed, nor has any party moved for summary judgment. In accordance with Rule 41(a)(1)(A)(i) the above-captioned case is dismissed without prejudice and without costs to any party.

     Accordingly**, IT IS HEREBY ORDERED:**

     The above-captioned case is **dismissed** without prejudice and without costs to any party.

//
//
//

**ORDER OF DISMISSAL WITHOUT PREJUDICE** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of November, 2014.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITHOUT PREJUDICE** ~ 2